UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LEE LATHROP,
    Petitioner,

                                    Case No. 10-10245
v.                                      Honorable Patrick J. Duggan

THOMAS K. BELL,
    Respondent.
_____/

## JUDGMENT

Petitioner William Lee Lathrop ("Petitioner") filed an application for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 19, 2010, challenging his Muskegon Circuit Court conviction for assault with intent to commit murder in 2008. On this date, the Court issued an Opinion and Order concluding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED**, that a Certificate of Appealability and leave to appeal *in forma pauperis* are **DENIED**.

Dated: October 27, 2011        s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
William Lee Lathrop, #590235
Mound Correctional Facility
17601 Mound Road
Detroit, MI  48212
AAG Raina I. Korbakis